UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM  CASEY, | § | |
| | § | |
|      Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-13 |
| | § | |
| WILLIAM  STEPHENS, *et al*, | § | |
| | § | |
|      Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On February 27, 2015, United States Magistrate Judge Jason B. Libby issued his Supplemental Memorandum and Recommendation (Supplemental M&R) (D.E. 29), recommending that Defendant Clint Morris's Motion to Dismiss (D.E. 12) be granted. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Supplemental M&R.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13.  No objections have been filed.

When  no  timely  objection  to  a  magistrate  judge's  memorandum  and recommendation is filed, the district court need only satisfy itself that there is no clear error  on  the  face  of  the  record  and  accept  the  magistrate  judge's  memorandum  and recommendation.  *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having  reviewed  the  findings  of  fact  and  conclusions  of  law  set  forth  in  the Magistrate Judge's Supplemental M&R (D.E. 29), and all other relevant documents in the record,  and  finding  no  clear  error,  the  Court  **ADOPTS**  as  its  own  the  findings  and

conclusions of the Magistrate Judge.  Accordingly, the Defendant's Motion to Dismiss

(D.E. 12) is **GRANTED**.

      ORDERED this 27th day of March, 2015.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE