United States District Court
Southern District of Texas
**ENTERED**
December 28, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WILLIAM CASEY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:14-CV-13 |
| § | |
| LORIE DAVIS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

This matter was referred to the Magistrate Judge, pursuant to 28 U.S.C. § 636, for ruling on all nondispositive pretrial motions. Pending is Plaintiff's Motion of Opposition to the Magistrate Judge's Ruling which is construed as an appeal of the Magistrate Judge's December 8, 2016 Order denying Plaintiff's motion requesting this Court to send copies of all future filings in this matter to another inmate, Teddy Davis, who Plaintiff identified as his jailhouse lawyer. (D.E. 74). This Court declines to find that the Magistrate Judge's Order is clearly erroneous or contrary to law. *See* 28 U.S.C. 636(b)(1); *see also* Fed. R. Civ. P. 72(a). Plaintiff has not raised any issues that merit a reversal of the Magistrate Judge's Order. Therefore, Plaintiff's appeal of the Magistrate Judge's Order is **DENIED**.

ORDERED this 28th day of December, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE